NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC DOW,                                  )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No. 2D18-1323
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
                                           )
_____     )

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Barbara Twine
Thomas, Judge.

Eric Dow, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


SILBERMAN, KELLY, and BLACK, JJ., Concur.